UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80108-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JHANNA NOVIKOV**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 27]. On September 30, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count Three of the Indictment [ECF No. 3] pursuant to a written plea agreement [ECF No. 24]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 27]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jhanna Novikov as to Count Three of the Indictment is **ACCEPTED**;

3. Defendant Jhanna Novikov is adjudicated guilty of Count Three of the Indictment, which charges Defendant with smuggling goods into the United States, in violation of

CASE NO. 21-80108-CR-CANNON

18 U.S.C. §§ 545 and 2, and contrary to 21 U.S.C. §§ 331(a), (d), and 355(a). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts One and Two against at sentencing [ECF No. 24 (plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of October 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record